IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kemp, Rudy G

Printed: 10/16/07

Case Number: 07 B 03887
Judge: Wedoff, Eugene R

Filed: 3/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: October 9, 2007
Confirmed: May 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,125.00 |  |
| Secured: |  | 645.90 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 418.36 |
| Trustee Fee: |  | 60.74 |
| Other Funds: |  | 0.00 |
| Totals: | 1,125.00 | 1,125.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,000.00 | 418.36 |
| 2. | Overland Bond & Investment Corp | Secured | 2,729.89 | 645.90 |
| 3. | Resurgent Capital Services | Unsecured | 40.12 | 0.00 |
| 4. | Overland Bond & Investment Corp | Unsecured | 89.34 | 0.00 |
| 5. | Schneider Training Academy | Unsecured |  | No Claim Filed |
| 6. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 7. | SBC | Unsecured |  | No Claim Filed |
| 8. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 9. | Verizon Wireless | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,859.35 | $ 1,064.26 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 60.74 |
|  | $ 60.74 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kemp, Rudy G

Printed: 10/16/07

Case Number: 07 B 03887
Judge: Wedoff, Eugene R
Filed: 3/6/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*